**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. FARMER, | CASE NO. CV 10-02872 RGK (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| RICK HILL, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of KENNETH A. FARMER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 26, 2011

*Gary Klausner*

R, GARY KLAUSNER
UNITED STATES DISTRICT JUDGE